**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

**JOHN P. BEWIG,**               )
                                 )
        **Movant,**       )
                                 )
        **vs.**           )   **No. 4:05CV635-DJS**
                                 )
**UNITED STATES OF AMERICA,**    )
                                 )
        **Respondent.**   )

### JUDGMENT

Pursuant to the memorandum opinion entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the instant motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. §2255 is denied.

**IT IS FURTHER ORDERED,** pursuant to §2253 and <u>Slack v. McDaniel</u>, 529 U.S. 473, 483-84 (2000), that no certificate of appealability shall issue from this Court.

Dated this   4th   day of October, 2005.

                    /s/Donald J. Stohr
                    UNITED STATES DISTRICT JUDGE